SCHEINHOLTZ v. PLATT.

(Supreme Court, Appellate Term. February 9, 1911.)

COURTS (§ 189*)—MUNICIPAL COURT—SUBMISSION ON AGREED STATEMENT—AFFIDAVIT.

The court was without jurisdiction to render judgment, where a case was submitted on an agreed statement of facts, without the good faith affidavit required by Municipal Court Act (Laws 1902, c. 580) § 241.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 189.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Submission of controversy on agreed facts between Rebecca Scheinholtz, professionally known as "Becky Wood," as plaintiff, and Edward T. Platt, as treasurer of the United States Express Company, as defendant. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before HENDRICK, LEHMAN, and DELANY, JJ.

O'Brien, Boardman, Platt & Littleton (Branch P. Kerfoot, of counsel), for appellant.

Dennis F. O'Brien (Robert C. Moore, of counsel), for respondent.

PER CURIAM. This case comes before this court upon an agreed statement of facts, signed by the attorneys for the respective parties herein. This statement, however, is not accompanied by an affidavit, made by one of the parties, in compliance with section 241 of the Municipal Court act (Laws 1902, c. 580), and the court was therefore without jurisdiction to render a judgment. Lax v. Fourteenth Street Store, 49 Misc. Rep. 627, 97 N. Y. Supp. 396; Pollock v. Platt, 49 Misc. Rep. 635, 97 N. Y. Supp. 990; Herz v. Illinois Surety Co., 123 N. Y. Supp. 808.

Judgment reversed, without costs, and a new trial ordered.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes